# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>KEYON MAURICE SESSIONS | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Misdemeanor Offense)<br><br>CASE NUMBER:  CR 22-00026-MU |
| **THE DEFENDANT:** | LATISHA COLVIN<br>**Defendant's Attorney** |

**X THE DEFENDANT** was found guilty on count(s)  One of the Indictment (Misdemeanor)

| Count Title & Section No.(s) | Nature of Offense | Date Offense Concluded |
|---|---|---|
| 18 U.S.C. § 1701 | Knowing and willfully obstructing or retarding the passage of the mail, Class B Misdemeanor | 11/26/2021 |

Count Two was dismissed. No fine was imposed, as the defendant is unable to pay.  A $10.00 special monetary assessment was imposed.

**The defendant is sentenced as provided in pages 2 through** 2 **of this judgment.**

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

April 18, 2022
Date of Imposition of Judgment


s/P. Bradley Murray
P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE


Date   04/20/2022

Judgment 2

Judgment in a Criminal Case for a Petty Offense: Sheet 2 - Probation

Defendant: KEYON MAURICE SESSIONS
Case Number: CR 22-00026-MU

# PROBATION

The defendant is hereby placed on probation for a term of   One year as to Count One.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.  (Check, if applicable)

☐   **The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

**The defendant shall not commit another federal, state or local crime.**
**The defendant shall not illegally possess a controlled substance.**
**The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).**
**The defendant shall also comply with the additional conditions on the attached page (if applicable).**

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the prob. officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the prob. officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Judgment in a Criminal Case for a Petty Offense: Sheet 5, Part A - Criminal Monetary Penalties